FILED
JAN 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNET LEE TAYLOR, | No. CV 07-04147 MJJ |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| ROBERT AYERS, | |
| Defendant. | |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED,**

This case is **hereby dismissed in part.**

Dated: 1/10/2008

Richard W. Wieking, Clerk

By: _Monica Narcisse_
Monica Narcisse, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNET LEE TAYLOR,

        Plaintiff,

v.

ROBERT AYERS et al,

        Defendant.
_____/

Case Number: CV07-04147 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Lee Taylor
San Quentin State Prison
Prisoner Id J-89634
(1-N-62 low)
San Quentin, CA 94974

Dated: January 10, 2008

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk