IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH LEE TAYLOR,

                Petitioner,

  v.

ROBERT AYERS, Warden,

                Respondent.

_____/

No. CV-07-4147 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

      **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED**

      1. Respondent's motion to dismiss the petition as untimely is hereby GRANTED.

      2. Petitioner's motion for an evidentiary hearing is hereby DENIED.

Dated: June 24, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk