FILED

MAY 03 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KENNETH LEE TAYLOR, | No. 10-17917 |
| Petitioner - Appellant, | D.C. No. 3:07-cv-04147-MMC<br>Northern District of California,<br>San Francisco |
| v. | |
| ROBERT AYERS, Warden, | ORDER |
| Respondent - Appellee. | |

Before:   LEAVY and GRABER, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions, if any, are denied as moot.