June 2, 2011

To: Office Of The Clerk, U.S. District Court
Northern District Of California
450- Golden Gate Avenue
San Francisco, CA     94102

From: Mr. Kenneth Lee Taylor, J-89634
Pelican Bay State Prison / SHU C1-119 Low
P.O. Box 7500
Crescent City, CA     95532



RE: REQUEST FOR LEGAL PROOF(S) OF COURT DECISION(S); Case No: 3:07-cv-04147-MMC.

Dear Clerk of the Court, I have never received any proof(s) that my submitted "Prisoner In Forma Pauperis Application" in above case, was "Approved" or "Denied". If so, by what Judge? And on what Date? And for what Reason(s)?

Therefore, I would appreciate you mailing me such legal decision(s) proofs too my above address immediately please. I have enclosed a stamped self addressed envelope for your most urgent reply.

Thank you in advance in this matter.

Sincerely submitted,
Kenneth Lee Taylor

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Kenneth Lee Taylor_____, declare:

I am over 18 years of age and a party to this action. I am a resident of __Pelican Bay State__

_____Prison,

in the county of __Del Norte_____,

State of California. My prison address is: __Mr. Kenneth Lee Taylor, J-89634; Pelican Bay State__

__Prison; P.O. Box 7500; Crescent City, CA 95532_____.

On __June 2, 2011_____,
          (DATE)

I served the attached: __Request For Legal Proof(s) Of Court Decision(s); Case No: 3:07-cv-__

__04147-MMC._____
     (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

1.) Office Of The Clerk, U.S. District Court  
    Northern District Of California  
    450- Golden Gate Avenue  
    San Francisco, CA 94102  

2.) Attorney Juliet B. Haley  
    Calif. Attorney General Office  
    455- Golden Gate Avenue, Suite 11000  
    San Francisco, CA 94102-7004

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __June 2, 2011__        _Kenneth Lee Taylor_  
         (DATE)                                 (DECLARANT'S SIGNATURE)

Mr. Kenneth Lee Taylor, J-89634
P.B.S.P. / SHU C1-119 Low
P.O. Box 7500
Crescent City, CA 95532

"CONFIDENTIAL LEGAL MAIL !!!"

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

FIRST CLASS

$ 00.44°
JUN 03 2011
MAILED FROM ZIPCODE 95531

Office Of The Clerk, U.S. District Court
Northern District Of California
450 - Golden Gate Avenue
San Francisco, CA   94102

06-02-2011

PELICAN BAY STATE PRIS...
SECURITY HOUSING UNIT
UNIT 2C1
76-856

"CONFIDENTIAL LEGAL MAIL )))"